**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FLORENCE DANGELO, | |
| Plaintiff, | Case No. 2:12-cv-00586-MMD-PAL |
| vs. | **ORDER** |
| HARFORD CASUALTY INSURANCE CO., et al., | (Mtn to Withdraw - Dkt. #17) |
| Defendants. | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #17) filed August 6, 2012. Corey M. Eschweiler and Adam D. Smith seek to withdraw as counsel of record for Plaintiff Florence Dangelo. The Motion represents that counsel have lost contact with Plaintiff, and as a result, it is no longer feasible to represent her. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." This case was removed to this court on April 11, 2012. A Scheduling Order (Dkt. #13) was entered May 15, 2012, and in an Order (Dkt. #16) entered August 1, 2012, the undersigned approved the parties' Stipulation (Dkt. #15) to extend the deadlines. Discovery closes on January 14, 2013.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #17) is GRANTED.
2. Plaintiff shall have until **September 7, 2012,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will be proceeding pro se, that is, representing herself.
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

4.   The Clerk of Court shall serve a copy of this Order on Plaintiff at her last known address:

Florence Dangelo
10375 Starthistle Lane
Las Vegas, NV 89135

Dated this 7th day of August, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE