DARREN T. BRENNER
Nevada Bar No. 8386
DBrenner@LRLaw.com
LINDSAY C. DEMAREE
Nevada Bar No. 11949
LDemaree@LRLaw.com
LEWIS AND ROCA, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
*Attorneys for Defendant Hartford Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCE DANGELO, individually, | Case No.  2:12-cv-00586-MMD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| HARTFORD CASUALTY INSURANCE COMPANY, DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED TO, by and between plaintiff Florence Dangelo and defendant Hartford Casualty Insurance Company, through their respective counsel of record, that the above-captioned action be dismissed with prejudice.

///
///
///
///
///
///
///
///
///
///

1    Each party to bear their own fees and costs.

2                                                1/10/13

3    HENNESS & HAIGHT                    LEWIS AND ROCA LLP

4

5    BY:_____           BY: _Lindsay Demaree_
         David J. Martin                    Darren T. Brenner
6        Nevada Bar No. 9117               Nevada Bar No. 8386
         8972 Spanish Ridge Avenue        Lindsay Demaree
7        Las Vegas, NV  89148             Nevada Bar No. 11949
         *Attorneys for Plaintiff*        3993 Howard Hughes Pkwy., Ste. 600
8                                         Las Vegas, Nevada   89109
9                                         *Attorneys for Defendant Harford Casualty*
                                          *Insurance Company*
10

11

12

13                                **ORDER**

14
     **IT IS SO ORDERED.**
15

16

17                          _____
                            **UNITED STATES DISTRICT COURT JUDGE**
18                                  1/11/2013
                            Dated:_____
19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109

588490.1